**Appeal Dismissed and Memorandum Opinion filed August 21, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00224-CV

**CLAUDIA WASHINGTON GREENE, Appellant**

**V.**

**GERALD  SCOTT  GREENE, Appellee**

**On Appeal from the 387th District Court
Fort Bend County, Texas
Trial Court Cause No. 09-DCV-176160**

## M E M O R A N D U M   O P I N I O N

The reporter's record has not been filed. On May 29, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant provided this court with proof that she had paid or made arrangements to pay for the record. Such proof was due by June 13, 2018. Appellant did not file such proof or other response.

On June 28, 2018, we ordered appellant to file a brief in this appeal by July 30, 2018. We cautioned that we would dismiss the appeal for want of prosecution if

no brief was filed. *See* Tex. R. App. P. 42.3(b). No brief has been filed.

Accordingly, the appeal is DISMISSED.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and Brown